**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 14, 2015

Hon. Jacqueline A. Del Llano Chapa
Attorney at Law
P. O. Box 81437
Corpus Christi, TX 78468
\* DELIVERED VIA E-MAIL \*

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
\* DELIVERED VIA E-MAIL \*

Hon. Douglas K. Norman
Asst. District Attorney
901 Leopard, Room 206
Corpus Christi, TX 78401
\* DELIVERED VIA E-MAIL \*

Re: Cause No. 13-14-00619-CR
Tr.Ct.No. 12CR3979-D
Style: Courtney Henderson v. The State Of Texas

State's motion for leave to file brief in the above cause was this day GRANTED by this Court. The brief has been ordered filed as of September 9, 2015, the date of receipt.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch